UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-22660-DPG

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and STATE FARM
FIRE and CASUALTY COMPANY,

Plaintiffs,

vs.

MIAMI MEDICAL CARE CENTER, INC.;
LORENZO JESUS FELIPE; JORGE FELIX FELIPE
PUPO; ODALYS FELIPE; FELIPE FAMILY LLC;
FELIPE FAMILY IRREVOCABLE SPECIAL NEEDS
TRUST; ROBERTO LOPEZ HERNANDEZ; PRIMO
THERAPY CENTER, INC.; MARCOS PADRON;
AND BARRY THERAPY CENTER, INC.

Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on the Report and Recommendation of Judge Lauren Fleischer Louis (the "Report") [ECF No. 131]. The action was referred to Magistrate Judge Louis, pursuant to 28 U.S.C. § 636(b)(1)(B), for a Report and Recommendation on Plaintiffs' Motion for Imposition of Equitable Lien in Post-Judgment Proceedings Supplementary (the "Motion"). [ECF No. 121]. On July 15, 2019, Judge Louis recommended that the Court deny the Motion and grant Plaintiffs a finite period to file a Complaint that would allow remaining issues in the post-judgment proceedings to be decided on the merits. [ECF No. 131, at 7–8]. No party timely filed objections.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings

that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Accordingly, having reviewed the Report for clear error, the Court agrees with Judge Louis's well-reasoned analysis and recommendations and finds that Plaintiff's Motion should be denied.

## CONCLUSION

Based on the foregoing, it is **ORDERED AND ADJUDGED** as follows that Judge Louis's Report and Recommendation [ECF No. 131] is **ADOPTED in FULL**. Plaintiff's Motion is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of October, 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE